No. 272. ANDERSON ET AL. *v.* McKAY, SECRETARY OF THE INTERIOR. United States Court of Appeals for

the District of Columbia Circuit. Certiorari denied. *Charles B. McInnis, Warren Woods, Roger H. Muzzall, Hulette F. Aby, Irene Kennedy* and *Ernest Callomon* for petitioners. *Solicitor General Sobeloff* and *Assistant Attorney General Morton* for respondent.